# Third District Court of Appeal
## State of Florida

Opinion filed October 1, 2025.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D25-1361
Lower Tribunal No. F91-22646

————————————

**Ronald Lagair,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Cristina Miranda, Judge.

Ronald Lagair, in proper person.

James Uthmeier, Attorney General, for appellee.

Before SCALES, C.J., and LOBREE, and GOODEN, JJ.

PER CURIAM.

Affirmed.